IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA WILBERDING, Executor of the Estate of THOMAS HUFF, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY, JO ANNE B. BARNHART,<br><br>Defendant. | C04-4066 MWB<br><br>ATTORNEY FEE JUDGMENT IN A CIVIL CASE |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED

That plaintiff's attorney be awarded attorney fees in the total amount of two-thousand five hundred seventy - five dollars and sixty - five cents ($2, 575.65), pursuant to 28 U.S.C. § 2412.

IT IS FURTHER ORDERED

Plaintiff's $150.00 filing fee shall be reimbursed from the Judgment Fund.

_[signature]_

MARK W. BENNETT
CHIEF JUDGE NORTHERN
DISTRICT OF IOWA

_9/5/05_
DATED

Pridgen J. Watkins

CLERK

_S/src_
DEPUTY CLERK